

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00024-CV

_____

ALBERTO A. BAPTISTA AND/OR ALL OCCUPANTS OF 714 CHARLES CITY
DRIVE, ARLINGTON, TX, 76018, Appellant

V.

FOSON INVESTMENTS LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2018-002972-1

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due to be filed in this court by May 23, 2019. On June 7, 2019, we notified appellant that because his brief had not been filed as the appellate rules require, *see* Tex. R. App. P. 38.6(a), we could dismiss the appeal for want of prosecution unless, within ten days, he filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: July 3, 2019